HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AARON ANGEL CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AARON ANGEL CORTEZ,<br><br>Defendant. | Case No. 1:22-cr-00300-JLT<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING REPLY; ORDER**<br><br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective

counsel, Special Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and

Assistant Federal Defender Griffin Estes, counsel for Aaron Angel Cortez, that the Court may

extend the deadline for filing a motion to suppress currently due on February 1, 2023, to March

1, 2023, at 10:00 a.m.

Defense counsel requires additional time to review the Government's reply and draft a

reply.

Accordingly, the parties request that the Court set the following new deadline: reply due

March 1, 2023.

1        Respectfully submitted,

2

3        PHILLIP A. TALBERT
         United States Attorney

4 Date: January 27, 2023   */s/ Chan Hee Chu*
         CHAN HEE CHU

5        Special Assistant United States Attorney
         Attorney for Plaintiff

6

7

8        HEATHER E. WILLIAMS
         Federal Defender

9 Date: January 27, 2023   */s/ Griffin Estes*
         GRIFFIN ESTES

10        Assistant Federal Defender
         Attorney for Defendant

11        AARON ANGEL CORTEZ

12

13

14        **O R D E R**

15   The reply due in this matter shall be filed by March 1, 2023.

16

17 IT IS SO ORDERED.

18  Dated: **January 31, 2023**

19           UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28