1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  GRIFFIN ESTES, CA SBN #322095
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   AARON ANGEL CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | District Court Case No. 1:22-cr-00300-JLT |
|---|---|
| Plaintiff-Appellee, | (Magistrate Case No. 6:21-mj-00013-HBK) |
| vs. | APPELLANT'S MOTION TO WITHDRAW APPEAL; [~~PROPOSED~~] ORDER |
| AARON ANGEL CORTEZ, | |
| Defendant-Appellant. | |

Defendant-Appellant Aaron Angel Cortez hereby requests to withdraw his appeal.

On November 14, 2022, Mr. Cortez filed a Notice of Appeal, seeking to challenge the Magistrate's imposition of a special condition of probation.  (*See* Doc. 40.)  Mr. Cortez now seeks to withdraw his appeal in this matter.  Accordingly, Mr. Cortez requests that the Court permit him to withdraw his appeal.

/ /

/ /

/ /

/ /

/ /

/ /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 23, 2023                           _____

GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant-Appellant
AARON ANGEL CORTEZ

Date: June 23, 2023                           _____

AARON ANGEL CORTEZ
Defendant-Appellant

## [PROPOSED] ORDER

Defendant-Appellant Aaron Angel Cortez's appeal is hereby **ORDERED** withdrawn.

IT IS SO ORDERED.

Dated:   **June 30, 2023**                    _____
UNITED STATES DISTRICT JUDGE